UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

**Carl Mongru,**

Case No. 23-bk-44014

# DECLARATION OF MOJDEH MALEKAN, ESQ. IN SUPPORT OF SECURED CREDITOR'S MOTION TO DISMISS

I, Mojdeh Malekan, declare as follows: I am an attorney of the Bar of this Court and associated with Hasbani & Light, P.C., counsel for the Secured Creditor Millennium Trust Company, LLC as Custodian FBO Prime Meridian NPL, LLC (the "Secured Creditor") in the above-captioned action. I am fully familiar with the facts set forth herein. I am not a party to this action. I submit this Declaration in Support of Plaintiff's Motion to Dismiss pursuant to 11 U.S.C. 1307(c), for an order:

(a) Dismissing this action and deeming it a nullity pursuant to 11 U.S.C. 1307(c); and

(b) granting such other and further relief to Plaintiff as this Court may deem just and proper.

1. A copy of the Judgment of Foreclosure and Sale granting in New York State Supreme Court, Kings County under Index No. 507014/2014 is annexed hereto as **Exhibit A**.

2. A Copy of the deed pursuant to which Carl Mongru transferred the subject property to G&Q Estates Corp. is annexed hereto as **Exhibit B**.

3. A copy of the Order dated August 31, 2023, granting Secured Creditor's motion to appoint a receiver of rents, . is annexed hereto as **Exhibit C**.

1

Dated: New York, New York
      November 21, 2023                    **HASBANI & LIGHT, P.C.**

                                                  */s/ Mojdeh Malekan*
                                                  Mojdeh Malekan
                                                  450 Seventh Avenue, Suite 1408
                                                  New York, New York 10123
                                                  (212) 643-6677
                                                  mmalekan@hasbanilight.com
                                                  *Counsel for* Secured Creditor, Millennium
                                                  Trust Company, LLC as Custodian FBO
                                                  Prime Meridian NPL, LLC